HERMAN GROSSMAN et al., Respondents, *v.* LYMAN M. BAKER, Appellant.

(Submitted December 12, 1890; decided January 13, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of October, 1888, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Henry L. Schwartz* for appellant.

*L. M. Cummings* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____

THE PEOPLE ex rel. JAMES C. FARGO et al., Respondents, *v.* JAMES S. MURPHY et al., as Assessors, etc., Appellants.

(Argued December 15, 1890; decided January 13, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 20, 1890, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term, which decision reversed proceedings of defendants as assessors, which proceedings were brought up for review by certiorari ; also appeal from so much of the order of General Term as affirmed an order of Special Term denying a motion to quash the writ of certiorari.

*Philip A. Laing* for appellants.

*Ansley Wilcox* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment and order affirmed.